UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WMBE PAYROLLING, INC., dba TCWGLOBAL<br><br>Plaintiff,<br><br>v.<br><br>CELULARITY INC.,<br><br>Defendant. | Case No.:  24-cv-00586-W-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 7]** |

Pending before the Court is a joint motion ([Doc. 7], "Joint Motion") by plaintiff WMBE Payrolling, Inc., dba TCWGlobal ("Plaintiff") and defendant Celularity Inc. ("Defendant") (collectively, the "Parties") to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(iii).

Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  May 8, 2024

_____
Hon. Thomas J. Whelan
United States District Judge