# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WMBE PAYROLLING, INC., dba TCWGlobal a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CELULARITY INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:24-cv-586-W-JLB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND STIPULATION OF DISMISSAL WITHOUT PREJUDICE; CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE**<br><br>[Doc. 9] |

Case No.: 3:24-cv-586-W-JLB

Having considered the parties' Joint Motion to Amend Stipulation of Dismissal Without Prejudice; Consent to Exercise of Jurisdiction by a U.S. Magistrate Judge; and Order of Reference, and for good cause appearing, the Court **GRANTS** the joint motion [**Doc. 9**], **AMENDS** its prior order of dismissal with prejudice (Doc. 8) to dismissal *without* prejudice, **ORDERS** that this matter is hereby dismissed without prejudice, and **ORDERS** that the U.S. Magistrate Judge retains jurisdiction in accordance with the terms of the Consent to Exercise of Jurisdiction by a U.S. Magistrate Judge and Order of Reference.

In accordance with the parties' joint consent to exercise of jurisdiction by a U.S. Magistrate Judge, it is hereby **ORDERED** that this case be referred to U.S. Magistrate Judge Jill L. Burkhardt for all settlement proceedings, including all disputes regarding interpretation and enforcement of the terms of the settlement agreement, and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the consent of the parties.

IT IS SO ORDERED.

Dated: May 15, 2024

_____
Hon. Thomas J. Whelan
United States District Judge